UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-889-CR-GOLD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERIC DEON ONEAL,

        Defendant.
_____/

### ORDER HOLDING IN ABEYANCE RULING ON DEFENDANT'S MOTION

    The defendant has filed a *pro se* motion pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. §1B1.10(c) based upon the retroactivity of the crack amendment to the sentencing guidelines effective March 3, 2008, [**DE 108**].

    On April 11, 2008, this Court issued an order [DE 109] appointing the Federal Public Defender and requiring the Government and the U.S. Probation Officer to file a response to the defendant's *pro se* motion identified herein.

    A review of the docket sheet reflects the Government filed a response [DE 116] and the defendant filed a Supplement to Section 3582(c) motion [DE 114]. The U.S. Probation Officer prepared a response memorandum dated May 1, 2008.

    On September 26, 2008, this Court conducted a hearing pursuant to the defendant's *pro se* motion and based on the matters presented and the argument of counsel, it is hereby

    **ORDERED AND ADJUDGED** that the *pro se* motion pursuant to Title 18 U.S.C. § 3582(c)(2) based upon the retroactivity of the crack amendment to the sentencing guidelines effective March 3, 2008 [**DE 108**] is hereby denied. This Court will hold its ruling in abeyance pending further determination by the Eleventh Circuit Court of Appeals in the matter of *United States v Moore WL 409400*. It is further

CASE NO. 00-889-CR GOLD

**ORDERED AND ADJUDGED** that on or before **December 30, 2008**, the parties shall file a status report relative to a decision in *United States v Moore WL 409400* or of any decision prior to that date.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____29____ day of September, 2008.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies provided to:

AUSA Yvonne Rodriguez-Schack

AFPD Anne M. Lyons

Eric Deon Oneal
Reg. No. 66440-004
FCI
P O Box 779800
Miami, Florida  33177

U.S. Probation Office